UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,                SATISFACTION OF JUDGMENT

       -against-                      Criminal Docket
                                         No. CR-00-0205

                                         (Gershon, J.)

JOSEPH BURGER,
                         Defendant.

- - - - - - - - - - - - - - -X

       WHEREAS, a judgment was imposed against the defendant
and in favor of the United States of America, in the above-
captioned case, on February 13, 2002, in the amount of
$530,727.00, that is, restitution in the amount of $530,527.00,
and a special assessment in the amount of $200.00;

       WHEREAS, the judgment was entered on the docket sheet
by the Clerk of the Court, on February 22, 2002; and

       WHEREAS, said judgment has been fully paid as to the
defendant Joseph Burger;

2

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant Joseph Burger.

Dated:  Brooklyn, New York
        July 19, 2012

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York
                              271 Cadman Plaza East, 8th Fl.
                              Brooklyn, New York 11201

                  By:   s/Mary M. Dickman
                        MARY M. DICKMAN
                        Assistant U.S. Attorney
                        (718)254-6022